RECEIVED
IN LAKE CHARLES, LA
AUG 2 2 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 2:06 CR 20131 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| RANDALL WESTFALL | : | MAGISTRATE JUDGE KAY |

## MEMORANDUM RULING

The defendant disputes the factual information contained in the Presentence Report ("PSR") ¶¶ 9-12. The defendant states that he did not threaten, proposition or photograph Eva LaCaze and/or Victoria Jordan. The Government disagrees with the defendant. These factual objections have no impact on the guidelines and do not require a ruling.

The defendant advised Probation that he moved frequently as a child and was abused. He stated that this could be verified by his brother, Roger Humphrey. When the Probation Officer called Roger Humphrey, he stated that there was no known abuse or mistreatment of the defendant during his childhood, either physically or sexually. He also advised that the defendant was not shuffled between relatives and foster homes as he reported.

In his objection, Westfall states that secrecy always permeated his family's life and Roger Humphrey may not have been provided the information regarding Westfall's childhood. The Government asserts that this objection appears to be "an additional attempt to mislead this Court, and officers of this Court."

The information provided by the defendant regarding his childhood, particularly the

occurrence of physical abuse, is directly opposed to the information that he provided to Pretrial Services in a 2006 interview in which he stated that he was not abused and his childhood was normal. But, this objection does not affect the guideline computation and does not require a ruling.

The defendant also clarifies ¶80 stating that he is in the custody of Calcasieu Correctional Center. This requires no ruling from the court.

Lake Charles, Louisiana, this 22 day of August, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE